### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NORTH DAKOTA
### SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **DETENTION ORDER** |
| | ) | |
| vs. | ) | |
| | ) | Case Nos.:   3:09-mj-097 |
| Antonio Gonzalez-Tinoco, | ) | |
| | ) | |
| Defendant. | ) | |

On July 14, 2009, the Defendant made his initial appearance in the above-entitled action. AUSA Scott Schneider appeared on the Government's behalf. Attorney Blake Hankey was appointed as defense counsel and appeared on the Defendant's behalf.

The Government moved for detention. After consulting with defense counsel, the Defendant waived in open court his right to a preliminary hearing and detention hearing and consented to detention pending final disposition of this matter. The court accepts the Defendant's waiver, finding that it was made freely and voluntarily, knowingly and intelligently, and upon advice of counsel. Further, based upon the Defendant's waiver of his right to a preliminary hearing, the court finds that there is probable cause to believe that the Defendant may have committed the offense alleged in the complaint. Accordingly, the court **ORDERS** that the Defendant be bound over to the United States District Court to answer to the charges set forth in the complaint.

The court **GRANTS** the Government's Motion for Detention and **FURTHER ORDERS** that the Defendant be committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The Defendant shall

be afforded a reasonable opportunity for private consultations with defense counsel.  On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the Defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

      Dated this 14th day of July, 2009.

*/s/ Charles S. Miller, Jr*
Charles S. Miller, Jr.
United States Magistrate Judge